**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

May 14, 2015

Hon. Roberto (Bobby) Rene Garcia
Law Office of Bobby Garcia
5301 S. McColl Road
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Michael A. Hummert
Attorney at Law
5910 N. Central Expressway, Ste. 1600
Dallas, TX 75206
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-15-00225-CV
Tr.Ct.No. CL-15-0264-A
Style:   In Re Pronto General Agency Ltd.

Enclosed please find copy of an order issued by this Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   Hon. Rodolfo Rudy Gonzalez (DELIVERED VIA E-MAIL)